IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01688-REB-BNB

GOOD KARMA TRADING, LLC,
BLUE ASH TRADING, LLC,
BEECHWOOD FUND, LLC,
JORIE TRADING, LLC,
LARKSPUR TRADING, LLC,
HAWTHORN FUND, LLC,
PORTFOLIO PROPERTIES, INC.,
RIDGEPOINTE FUND, LLC,
SUGARLOAF FUND, LLC, and
WARWICK TRADING, LLC,

Petitioners,

v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY - INTERNAL
REVENUE SERVICE,

Respondent.

_____

## ORDER

_____

The parties appeared this morning at my request for a status conference.  Consistent with matters discussed today:

IT IS ORDERED that the hearing set for October 16, 2007, at 9:00 a.m., is VACATED. In view of this order, the **Petitioners' Motion to Vacate and Reschedule October 16, 2007 Hearing [etc.]** [Doc. # 9, filed 10/3/2007] is DENIED as moot.

IT IS FURTHER ORDERED that the petitioners shall file a reply in support of their Petition to Quash Summonses on or before **November 1, 2007**.

IT IS FURTHER ORDERED that the respondent shall file a response, on or before

**November 1, 2007**, to the petitioners' anticipated motion to stay proceedings.

Dated October 12, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge