IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01688-REB-KMT

GOOD KARMA TRADING, LLC,
BLUE ASH TRADING, LLC,
BEECHWOOD FUND, LLC,
JORIE TRADING, LLC,
LARKSPUR TRADING, LLC,
HAWTHORN FUND, LLC,
PORTFOLIO PROPERTIES, INC.,
RIDGEPOINTE FUND, LLC,
SUGARLOAF FUND, LLC, and
WARWICK TRADING, LLC,

    Petitioners,

v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE,

    Respondent.

## ORDER

This matter is before the court on "Motion to Stay Proceedings Pending Transfer Decision by Judicial Panel on Multidistrict Litigation" [Doc. No. 18, filed October, 12, 2007]. On December 18, 2007, the United States filed its "Notice of Decision of United States Judicial Panel on Multidistrict Litigation" [Doc. No. 32]. The Petitioners have not filed any further pleadings indicating this Notice was in error.

WHEREFORE, Petitioners Motion to Stay Proceedings Pending Transfer Decision by Judicial Panel on Multidistrict Litigation [Doc. No. 18] is DENIED as moot.

Dated this 8th day of February, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
United States Magistrate Judge