IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01688-REB-KMT

GOOD KARMA TRADING, LLC,
BLUE ASH TRADING, LLC,
BEECHWOOD FUND, LLC,
JORIE TRADING, LLC,
LARKSPUR TRADING, LLC,
HAWTHORN FUND, LLC,
PORTFOLIO PROPERTIES, INC.,
RIDGEPOINTE FUND, LLC,
SUGARLOAF FUND, LLC, and
WARWICK TRADING, LLC,

     Petitioners,

v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE,

     Respondent.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"United States' Motion for Leave to File Surreply or to Strike" (#28, filed November 13, 2007) is GRANTED in part. The Clerk of Court shall file the United States' surreply attached as Exhibit A to Doc. No. 28, and the exhibits thereto.

Dated: February 12, 2008